# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MARSHALL INVESTIGATIVE GROUP, INC., NOEL DIAZ and JERRY PAYNE,<br><br>Defendants. | Case No.: 1:25-cv-2966 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Crum and Forster Specialty Insurance Company, by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) hereby voluntarily dismisses this action without prejudice, with each party to bear their own fees and costs.

Dated: April 30, 2025

Respectfully Submitted,

By: */s/ Colin B. Willmott*
James J. Hickey, Atty. No. 6198334
Colin B. Willmott, Atty. No. 6317451
James.Hickey@kennedyslaw.com
Colin.Willmott@kennedyslaw.com
KENNEDYS CMK
30 S. Wacker Drive, Suite 3650
Chicago, IL 60606
Phone: (312) 800-5029
Fax: (312) 207-2110
*Attorneys for Crum and Forster Specialty Insurance Company*